UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:00CR19 (EBB) |
| DALE ROBERT FRYER, JR | : | August 1, 2007 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ASSISTANT UNITED STATES ATTORNEY
    UNITED STATES ATTORNEY'S OFFICE
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CT  06510
    TEL: (203) 821-3700/FAX: (203) 773-5392
    JURIS NO: CT03393
    E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

      This is to certify that a copy of the foregoing was mailed postage prepaid on this 1st day of August, 2007 to:

Dale Robert Fryer, Jr.
East Granby, Connecticut

_____
Christine Sciarrino