UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 3:00CR19 (EBB) |
| | : | |
| DALE ROBERT FRYER, JR. | : | |

POST-JUDGMENT STIPULATION
_____

Whereas, on September 8, 2000 criminal judgment was entered against the defendant, Dale Robert Fryer, Jr., in which he was ordered to pay restitution in the amount of $112,596.48; and

Whereas, the Government and the defendant, Dale Robert Fryer, Jr., now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Dale Robert Fryer, Jr. and ORDERED by this Court that:

1.   Dale Robert Fryer, Jr. shall make monthly payments of at least $400.00 by the **15th** day of each and every month commencing on **August 15, 2007,** until the amount of the judgment is paid in full.

2.   Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United Stated District Court, 141 Church Street, New Haven, Connecticut 06510. Checks must reference the above docket number.

RECEIVED
07 JUL 30 PM 4:23
NEW HAVEN, CONNECTICUT

3. The current balance of Mr. Fryer's criminal debt as of July 20, 2007 is $98,335.53.

4. Dale Robert Fryer, Jr. agrees to complete a financial statement upon the Government's request.

5. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Dale Robert Fryer, Jr.'s financial circumstances.

6. Dale Robert Fryer, Jr.'s failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

7. In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Dale Robert Fryer, Jr. is entitled may be offset and applied to this debt.

8. The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

9. Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Dale Robert Fryer, Jr. has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

DATED: July 31, 2007

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 7/27/07

DALE ROBERT FRYER, JR.
EAST GRANBY, CONNECTICUT

APPROVED and SO ORDERED this _____ day of _____ 2007 at New Haven, Connecticut.

ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE